United States District Court
Southern District of Texas
**ENTERED**
July 14, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| ANTONIO VELA, § § Plaintiff, § VS. § WRIGHT NATIONAL FLOOD § INSURANCE COMPANY, § § Defendant. § | CIVIL ACTION NO. 3:18-CV-314 |

## **ORDER**

Pursuant to the court's memorandum opinion and order entered in this case, judgment is entered for the defendants.

All pending motions are denied as moot.

The Clerk will provide copies of this judgment to the parties.

Signed on Galveston Island this 14th day of July, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE